CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED for RHo

MAY 30 2006

JOHN F. CORCORAN, CLERK
BY: HMcDonado
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| DEAN C. LOCKLEY, | ) | |
|     Plaintiff, | ) | Civil Action No. 7:06cv00081 |
| | ) | |
| v. | ) | **FINAL ORDER** |
| | ) | |
| ALBEMARLE CHARLOTTESVILLE | ) | |
| REGIONAL JAIL, et al., | ) | By: Hon. Jackson L. Kiser |
|     Defendants. | ) | Senior United States District Judge |

In accordance with the Memorandum Opinion entered this day, it is hereby

**ADJUDGED AND ORDERED**

that

    a.    All plaintiff's claims brought under 42 U.S.C. § 1983 shall be and hereby are **DISMISSED** without prejudice pursuant to 28 U.S.C. § 1915A(b)(1);

    b.    All other pending motions are hereby **DENIED** as **MOOT**; and

    c.    This case shall be **STRICKEN** from the active docket of the court.

The Clerk of the Court is directed to send a certified copy of this Order to the plaintiff.

ENTER: This 30th day of May, 2006.

                                                      Senior United States District Judge